IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICKY E. MELLON                                                                 PLAINTIFF

v.                                    Civil No. 10-3014

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of February 18, 2010.

Plaintiff's in forma pauperis application will be returned without filing because the application is incomplete. Plaintiff failed to answer question three.

As such, the clerk is directed to return the original application to plaintiff's counsel with directions to provide the aforementioned clarification. Plaintiff is hereby directed to file this amended application on or before March 8, 2010. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

**Service shall not issue in this matter until a completed *in forma pauperis* application has been returned to the court.**

IT IS SO ORDERED this the 19th day of February 2010.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 22 2010

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

AO72A (Rev. 8/82)